UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
NOVEMBER 18, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00190
    21 U.S.C. § 841(a)(1)

KEVIN WAYNE GARDNER

## INDICTMENT

The Grand Jury Charges:

On or about June 16, 2025, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant KEVIN WAYNE GARDNER knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                          MOORE CAPITO
                          United States Attorney

By: _____
      JEREMY B. WOLFE
      Assistant United States Attorney